E-FILED 02/06/14

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ARIES ASSOCIATES, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>L-3 COMMUNICATIONS HOLDINGS, INC., a Delaware corporation; L-3 COMMUNICATIONS CORPORATION, a Delaware corporation; and FERNANDO FARIA, an individual,<br><br>    Defendants. | Case No. CV09-0099 PSG (MANx)<br><br>[~~PROPOSED~~] ORDER ON STIPULATION FOR DISMISSAL<br><br>Judge:  Hon. Philip S. Gutierrez<br>Place:  Courtroom 790<br>Complaint Filed: January 6, 2009 |
| AND RELATED COUNTERCLAIMS | |

[PROPOSED] ORDER ON
STIPULATION FOR DISMISSAL
Case No. CV09-0099 PSG (MANx)

| | |
|---|---|
| 1 | Pursuant to the Stipulation for Dismissal entered into between L-3 |
| 2 | Communications Corp. ("L-3"), Michael Conrad ("Conrad"), and Louis Montulli |
| 3 | ("Montulli"), the entire case, including all claims and counterclaims between L-3, |
| 4 | Conrad, and Montulli, are dismissed with prejudice, with each party bearing its own |
| 5 | costs and fees. |
| 7 | IT IS SO ORDERED. |
| 8 | |
| 9 | Dated: ___02/06/14___ |

PHILIP S. GUTIERREZ
Hon. Philip S. Gutierrez
United States District Court Judge

1    [PROPOSED] ORDER ON
STIPULATION FOR DISMISSAL
Case No. CV09-0099 PSG (MANx)